UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| WILLIAM CHAD PERRY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 11-150-ART |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| CORRECTIONS CORPORATION OF | ) | |
| AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED** that:

1. Judgment is entered in favor of the Defendants.

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 23rd day of October, 2012.



Signed By:
*Amul R. Thapar* AT
United States District Judge